ORDER:
Motion granted.

*signature*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **UNITED LEASING, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INNOVATIVE FITNESS SYSTEMS, MICHAEL** )<br>**A. JEFFREY, CYBEX INTERNATIONAL,** )<br>**INC., and CYBEX CAPITAL CORPORATION,** )<br>)<br>Defendants. ) | CASE NO. 3:09-cv-270<br>Judge Nixon<br>Magistrate Judge Knowles |

### UNITED LEASING'S MOTION FOR LEAVE TO FILE A REPLY

Plaintiff United Leasing, Inc. ("United") files this Motion for Leave to File a Reply in support of its Motion to Compel and for Sanctions (the "Motion") [Docket No. 30]. In support of its Motion, United states that a Reply memorandum is necessary to address arguments raised in Defendant's Cybex International Inc. and Cybex Capital Corporation ("Cybex") Memorandum [Docket No. 33], specifically as to whether good cause exists to order the production of email in the face of Cybex's claims that the email is not reasonably accessible. The production sought by United through its Motion is central to the issues in this litigation and thus the outcome of United's Motion is critical to the ultimate outcome of the case. United's proposed Reply memorandum is attached hereto as Exhibit A.

Accordingly, United requests that the Court enter an Order allowing United to file a Reply in support of its Motion to Compel and for Sanctions.

Dated June 22, 2010　　　　　　　　　　　Respectfully submitted,

24669 v1